Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED

2021 DEC -3  PM 10: 44

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | | |
|---|---|---|
| Eric O'Dell Lindiment | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)*    Yes    NoX |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| Jeff Long, Joseph Knipper & Janis Bekham | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiffs need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in

---

forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Eric O'Dell Lindiment |
| Address | 76 West Byfield Dr. |
| | Memphis — City / TN — State / 38109 — Zip Code |
| County | Shelby |
| Telephone Number | (901)-517-2120 |
| E-Mail Address | rickyno525@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeff Long |
| Job or Title *(if known)* | Commissioner of TN Department of Safety, an agency in the Tn Department of Safety & Homeland Security. |
| Address | Administration office 1150 Foster Avenue |
| | Nashville, — City / Tn — State / 37249-4406 — Zip Code |
| County | Davidson |
| Telephone Number | (615)-251-5300 |
| E-Mail Address *(if known)* | |

X   Individual capacity     X   Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Joseph Knipper |
| Job or Title *(if known)* | Hearing Officer for the TN Department of Safety & Homeland |

Security District 4.

Address                          6174 Macon Rd

| Memphis | Tn | 38134-702 |
|---------|-----|-----------|
| *City* | *State* | *Zip Code* |

County                          Shelby

Telephone Number                (901)-372-0622

E-Mail Address *(if known)*

X  Individual capacity     X  Official capacity

Defendant No. 3

Name                            Janis Bekham

Job or Title *(if known)*       Hearing Clerk for the Department of Safety & Homeland Security Division 4.

Address                         6174 Macon Rd.

| Memphis | Tn | 38134-7502 |
|---------|-----|-----------|
| *City* | *State* | *Zip Code* |

County                          Shelby

Telephone Number                (901)-372-0622

E-Mail Address *(if known)*

X  Individual capacity     X  Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | | |
|---------|-----|-----------|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐  Individual capacity     ☐  Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain

constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

X   State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

       1st. Amendment, deprivation of my right to petition the government for a redress of grievances. 14th Amendment, depriving me of due process of law, and a fair hearing, and the Americans with disabilities Act of 1970, that prohibits discrimination against individuals with disabilities in the area of accessibility.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

       On October 05 2020 a hearing was convened by the TN Department of safety regarding the Notice of Proposed Suspension dated March 05, 2020 Letter ID: L0026851264, pursuant to T.C.A. 4-5-301. The issue was , did I fail to make payments on my reinstatements fees? I was on Chapter 13 and all payments had to go through the chapter 13 Trustee George W. Stevenson. Before the hearing I requested discovery pursuant to Title 4, Chapter 5- of the Uniform Administrative Procedures Act, 4-5-311 (a),(d), I spoke with Janis Bekham on 05-12-20, 05-15-20, 06-24-20, 09-05-20 she sent me two letters ID: L596803104 dated 05-12-20 & 06 -01-20 they were of no help with no detailed information. This is a free request but on September,09 2020 I sent a $5 money order for a copy of my driving record and received nothing but a letter with nothing on my driver record. At the hearing I didn't have a computer to see the records because I am very paranoid about working on the computer and the information that is exchanged, so the hearing was held anyway. The Department of Safety declined to send a representative. So Hearing Officer Joseph Knipper chose to advocate for the Department of Safety. Doing the hearing he kept referring to things in my record that I couldn't see. I asked him to address this issue but he said I could address these issues in my appeal. I ask you how could he know doing the hearing that I would need to appeal. I was told my evidence packet didn't arrive, but I sent it with the $5 money order for a copy of my driving record and I received it. I had to give my evidence verbally. Joseph Knipper disregarded the Uniform Rules of Procedure for Hearing Contested cases Before Administrative Agencies, Rule 1360-04-11 (1),(3),(c),(4). He failed to follow T.C.A.4-5-308 (a),(b),(c),Filing pleading,briefs,motions. 4-5-309 (a),(b),default, notice of default. 4-5-311 (a),(d),

Discovery-subpoenas-Protective orders.4-5-312(b), procedure at hearing. After the hearing Officer Knipper refused to make a decision pursuant to 4-5-313 (b), Final and Initial order. The order is to become Final after 90 days. The date is November 26, 2021 and I haven't received a decision. Pursuant to 4-5-320 (Proceeding affecting licenses (a) when the grant, denial, or renewal of a licence is required to be preceded by notice and the opportunity for hearing the provision of this chapter concerning contested cases apply. (b) when a licensee has made a timely and sufficient application for renewal of license or a new license with reference to any activity of a continuing nature, the existing license does not expire until the application has been fully determined by the agency. (c) On revocation, suspension or withdrawal of any license is lawful unless, prior to the institution of agency proceedings, the agency gave notice by mail to the license of facts or conduct that warrant the intended action, and the licensee was given the opportunity with all lawful requirements for the retention of the license.

Pursuant to 55-12-103 Administration-Enforcement-Rules & regulations-Appeals-Judicial review. Subsection (a) Except as otherwise specifically provided, the Commissioner shall administer and enforce this chapter, may make rules and regulations necessary for, its administration, and shall provide for hearings puon request of persons aggrieved by orders or acts of the commissioner under this chapter: provided, that the request are made within (20) days following the order or act that failure to make the request within the time specified shall without exception constitute a waiver of the right. Subsection (b) Any person aggrieved by an order or act of the commissioner under this chapter may seek judicial review of the order or act as provided by 4-5-322. Definition of commissioner pursuant 55-12-102 the commissioner of Safety. Jeff Long The Commissioner of safety is responsible for making decisions for the agency pursuant to 4-5-314 Final and Initial orders Subsection (a). He shall render the order in writing within (90) days as pursuant to subsection (b), after submission of proposed findings with subsection (f) unless such period is waived or extended with written consent of all parties or for good cause shown. Subsection (e) If an individual serving or designed to serve as an administrative judge, hearing officer or agency member becomes unavailable, for any reason before rendition of the final order or initial order or decision, a substitute shall be appointed as provided in 4-5-302. the substitute shall use any existing records and may conduct any further proceedings as is appropriate in the interests of justice. I haven't received a letter that said the hearing officer has become unavailable and I haven't waived any of my rights. As a result of these actions I was denied my right petition the Government for a redress of grievance, to Procedural Due Process the constitutional requirement that when the government acts in such a way that denies a citizen of a life, liberty or property interest, the person must be given notice, the opportunity to be heard and a decision by a neutral decision maker, and access to records I have the right to view. Using Goldberg v. Kelly 397 U.S. 254 (1970) as a precedent the court ruled that state and federal government agencies could only remove welfare benefits after a pre-termination hearing at which recipients could confront witnesses before an IMPARTIAL ADJUDICAR. Pursuant to 55-50-502 (a) (1) (J) (9) If otherwise eligible for a driver license, any person whose driver license was suspended under subsection (a) (1) (H), prior to July 1, 2019, for nonpayment of court costs or fine may apply to the court having original jurisdiction over the traffic offense for an order reinstating the person's license upon entering into an installment payment plan under this subsection (j).The person may present a certified copy of the court's order to the department of safety, which shall reissue a driver license at no cost to the person if otherwise eligible for a driver license. I did this and I had to pay $28 for my license and enter into a payment plan.This is the Commissioner of Safety's job to enforce the motor vehicle law.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

This happened in Memphis, Tennessee. Shelby county. At an Administrative hearing held via teleconferencing website,WEBEX. The Administrative hearing was held by video conference in an effort to provide a safe environment for all involved parties during the pandemic.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

I requested discovery from Janis Bekham on 05-12-20, 05-15-20, 06-24-20 and 09-08-20. And on 01-29-20 I called her for information on the decision.Th hearing date was October 05 2020 at 2:00 pm Central Time.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On December 20, 2016 the Social Security Administration sent a letter, a Notice of fully Favorable Decision. I was disable with the following severe impairments: fibromyalgia; degenerative disc disease; diabetes mellitus; schizoaffective disorder, bipolar type; major depressive disorder; and primary insomnia schizophrenia, and latter I was diagnosed with service- connected post-traumatic stress disorder. I take the following medications to control the psychological issues. Benztropine 1 Mg for slide effects. Fluphenazine 5 Mg for schizophrenia. Sertraline 100 Mg for depression, panic attacks, post-traumatic stress and social anxiety.Prazosin HCL 5 Mg for night terrors associated with post-traumatic stress disorder.Divalproex Extended Release 500 Mg for bipolar problems.Amitriptyline 100 Mg for mood problems and depression.And a new medicine Eszopiclone 3 MG to make me sleep. Because of my illnesses I tend to repeat myself, not follow through and fixate on problems. I also have trouble concentrating and organizing my thoughts. Up to now they were managed well with medication. As a result of the new income on March 02, 2017 I filed chapter 13 Case NO. 17-21759. I added all fines and costs. On September 06, 2019 I entered into an agreement with the Department of Safety and Homeland Security to repay reinstate fees in the amount of $1403.00. I was to pay quarterly payments of $300 four times with a last payment of $3.00. I paid $225 and $28 for my new license and made the first payment of $300. At that time I told them I was on chapter 13 and all payments had to be approved by the trustee. I told them I was on a limited income and I needed to have the amount adjusted. I was told I couldn't put reinstatement fees on chapter 13 and it couldn't be adjusted. So I signed it. In December I received a letter that said the state of Tennessee would no longer pay my insurance premium. They took $280 from my check of $952 and I received $672 to live off. I was unable to make the payments.

On or about March 09, 2020 I received a letter ID; L0026851264 dated March 05, 2020 Notice of Proposed Suspension. On March 11, 2020 I appealed the decision. On or about April 04, 2020 I received a letter that said my appeal was denied letter ID: L1446092832 dated March 30,2020. On April 07, 2020 I requested another hearing. On or about May 03, 2020 I received a letter ID: L1272064032 the hearing had been granted. Once a hearing is granted all actions are to stop. On or

about May 09, 2020 I received a letter Id L1224435744 and ID: L0150693920 both dated May 05, 2020 both a Notice of Proposed Suspension. I called and spoke with David and his supervisor Ashley, she said to disregard the letters because they were computer generated and that there would be no action until after my chapter 13 was discharged. The hearing date was set for July 08, 2020, but was rescheduled for October 05, 2020 by video conference. I called Ms. Janis Bekham at 615-251-5283 to make a informal request of discovery as I was instructed in the letters, on 5-12-20, 5-15-20, 6-24-20, 9-5-20.She sent me two (2) letters ID: L596803104 dated May 12, 2020 and ID: L0140936224 but they didn't have any information to help me. I needed the offense date ,conviction date, the date the court clerk requested the suspension, the date the department sent me notice and the action date. The commissioner of Safety by law is to keep these records. On September 09, 2020 I sent a formal letter for discovery, a $5 money order and my evidence packet to the Dept. of Safety. I asked for a copy of the record to be used at my hearing. I told them I was uncomfortable working online because of my illness. I received a letter with no violations on my record at all.

It is the responsibility of the Commissioner of Safety to administer and enforce the motor vehicle law, make rules and regulations necessary for administration of the office, grant or deny Administrative hearings for persons that are aggrieved by his orders or actions. Make sure records are maintained, make driver history available to a person in a hearing within ten (10) days. He shall make installment plans for reinstatement fees. Make final decisions, make sure the decision letter is delivered within ninety (90) days. These are but a few of his responsibilities that the law allows him to delegate to others, but they are his responsibilities.

At the hearing the Dept. of Safety chose not to send a representative, so the Hearing Officer Joseph Knipper chose to advocate for the Dept. of Safety. He showed a clear bias for the Dept. of Safety.

The issue before the hearing officer was whether I should continue to pay the reinstatement fees of $903 or was my obligation complete after the $525 already paid. He opened by saying things that were on my record, when I told him I hadn't received any discovery and I didn't know what was on the record he said he could see it. It is the hearing clerk's, Janis Bekham, responsibility to see that all records used to make the decision are delivered 10 days before the hearing. He said I had 18 offenses that caused my license to be suspended. I explained the citation # G615788, 9009966, G889560. Q196680, were all a violation of the statute of limitation of 6 months. The failure to file an accident report and failure to comply with the Financial Responsibility Law didn't apply because there has to be bodily injury or death or damage to property in excess of $1500. The damages to Ms.Hampton's car was between $200 and $500. No suspension action was called for. Driving under suspended or revoked license six (6) counts is not a mandatory suspension, only a $100 fine that was paid by chapter 13. The failure to file SR22 fee only applies to an accident report six (6) count counts. First there is no ticket, second the Financial Responsibility Law didn't become mandatory until 2001. The DUI I owe. The Hearing Officer Mr. Knipper argued against my verbal evidence. When I made an objection he said that I could raise it at my appeal. We were still in the hearing. How did he know I would need to appeal? He closed the hearing and I haven't heard anything about a decision. There is supposed to be a tape of the hearing at the Dept. of Safety, but I haven't been able to get one because there wasn't a decision.

The Administrative hearing officer may convene a hearing or convene a pre-hearing conference to consider argument or evidence, or both, on any question of law, he may render an initial order on questions of law. At the appropriate stage of the proceedings shall give all

parties full opportunity to file pleadings, motions, objections and offers of settlement. He may give all parties full opportunity to file briefs, proposed findings of fact and conclusions of law, and proposed initial or final orders. He shall serve copies of any field item on all parties, by mail or any other means prescribed by the agency. He shall decide any motion related to discovery. He can declare default on anyone that doesn't show at a hearing. He is to be UNBIASED. He shall file an initial order that will become final within ninety (90) days.

I called Ms. Janis Bekham on 01-29-21 to inquire about the decision but I couldn't speak to anyone, so I left a message. On march 10, 2021 I filed a complaint on Hearing Officer Joseph Knipper with the Director of the Administrative Procedures Division. On or about March 27, 2021 I received a letter from Stephanie Shackelford the Director of the Administrative Procedure Division she forwarded the complaint to Roger Hutt,General Counsel for the Tennessee Department of Safety and Homeland Security. On April 09, 2021 a lady named Caycee called me and said they were going to give me a new hearing. I asked about the decision but she gave no explanation, only that I would get a new hearing. On or about May 07, 2021 I received a letter ID: L0094373536 Notice of Proposed Suspension. On May 16, 2021 I found out I could add the reinstatement fees to chapter 13 becaused the law had changed , so I paid $32 to have it added to my case  #17-21759. A hearing was set to modify my plan on June 08, 2021 all they had to do was show up and claim the debt. Once again they refused to send a representative and the order was withdrawn. On May 18, 2021 I requested a hearing on the notice dated May 04, 2021. I didn't get a reply. On November 16, 2021 I received a letter ID: L0595208288 Proposed Notice of Withdrawal if I didn't pay $65.  On November 22, 2021 I went to the DMV to pay the $65 and was told I owed $903. I can't afford a lawyer so my only choice is to file pro se and pray I can get some kind of relief. I only have until December 06, 2021. On 11-30-21 I sent a letter to the Department of Safety reminding them I've yet to receive a rendered decision, and there is no evidence my obligation has not been satisfied . I have a copy of all the evidence that I have presented. The department of safety has copies I sent them and a copy of the hearing tape, by law.

---

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I see a Psychologist named Angela Hammond, APN of Vogelfanger & Struble Clinic every three (3) months. every three (3) months. I've been talking with her about the stress the departure of the safety case is putting on me, and the nigthmares were trying to come back, that is when I can sleep. I had an appointment, July 09, 20 at at 9:40 am. She told me to call if I had any problems. Within (10) days I called the office to make a special appointment. On July 29, 2021 at 9:40 am I told her I hadn't slept in days. She had to write me a new prescription, Eszopiclone 3Mg just to help me sleep. It helped me sleep, but it had very bad side effects. I'm still anxious. I wasn't eating right because I didn't have any appetite. I'm in fear of being pulled over by the police to find out my license has been suspended. On October 07, 2021 I had to run some errands for my sister and the police got behind me and I had a panic attack and had to pull over. I was so rattled I went straight to the emergency room. My head was spinning around, my stomach was topsy-turvy. I was sweating profusely. They took Cat scans and X-rays. My glucose reading was over 300. I sat in the emergence room for 18 hours and I couldn't stay there anymore. I went home and took my medicine. The next day I made an appointment for July 09, 2021. We spoke of the department of safety and she continued the new medicine until December 30, 2021 at 9:40 am.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I pray for injunctive relief on all actions affecting my license and that the Department of safety instruct a employees on motor vehicle law and its application, including but not limited to discovery and hearing proceding without delay. That the department put an insert in every communication that states the Department of Safety doesn't allow discrimination, how and were to file a complaint. I ask for a Judgement against the Defendant for compensatory damages for expenses incurred for responding to the nine notice of one kind of action or another, moneys paid for reinstatement, driver license and emergency room fees not covered by my insurance, in the amount of $2370.20. $750,000.00 for violation of my 1st, 14th and the Americans with Disabilities Act of 1970 reguarding accessibility. General damages for mental anguish that was caused by a bombardment of letters of action causing anxiety, fear, paranoia and uncertainty in the amount of $1,000,000.00. Punitive damages because their actions on a ticket on 06-15-1984 that lead to my license being illegally suspended began a cycle of other unlawful actions that caused me to be unlawfully incarcerated on numerous occasions over a 37 year span, in the amount of $20,000,000.00.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case –related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _12-03-2021_

Signature of Plaintiff  _Eric O'Dell Lindiment_

Printed Name of Plaintiff  _Eric O'Dell Lindiment_

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm

Address

_____  _____  _____
                City                State      Zip Code

Telephone Number

E-mail Address